UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FRANCIS ROBBINS, | Case No. CV 07-6856-SGL (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| T. FELKER, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the petition herein is denied with prejudice.

Dated: 4-28-08

Stephen G. Larson
United States District Judge